# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

### APPEARANCE

Case Number: 08mj1800

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JUAN JOSE FLORES-HERNANDEZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/12/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD    228083 |
| | Print Name    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number    Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 08mj1800 |
| | ) |
| v. | ) |
| | ) |
| JUAN JOSE FLORES-HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  June 12, 2008                                  /s/ John  C. Ellis, Jr.
                                                       JOHN C. ELLIS, JR.
                                                       Federal Defenders
                                                       225 Broadway, Suite 900
                                                       San Diego, CA 92101-5030
                                                       (619) 234-8467  (tel)
                                                       (619) 687-2666  (fax)
                                                       john_ellis@fd.org